UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **August 25, 2007 UFC #74** Program,

          Plaintiff,

  -against-

BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR, Individually, and d/b/a HOUSE OF LA a/k/a KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR,

          Defendants.

---

**DESIGNATION OF LOCAL COUNSEL**

Civil Action No.

```
FILED: MAY 20, 2008
08CV2910            TG
JUDGE DOW JR
MAGISTRATE JUDGE ASHMAN
```

COME NOW the Plaintiff, **JOE HAND PROMOTIONS, INC.**, on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates SHELDON S. GOMBERG, ESQ., of 134 North La Salle Street, Suite 1508, Chicago, IL  60602, as resident counsel for the Plaintiff.

Dated:  May 20, 2008
        Ellenville, New York

                              **JOE HAND PROMOTIONS, INC.**

                              By: /s/Julie Cohen Lonstein
                                  JULIE COHEN LONSTEIN, ESQ.
                                  Attorney for Plaintiff
                                  Bar Roll No. 90784647
                                  LONSTEIN LAW OFFICE, P.C.
                                  Office and P.O. Address
                                  1 Terrace Hill : P.O. Box 351
                                  Ellenville, NY  12428
                                  Telephone: (845) 647-8500
                                  Facsimile:  (845) 647-6277
                                  Email: Info@signallaw.com
                                  *Our File No.  07-12IL-N05*