## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br><br>Joe Hand Promotions, Inc., as Broadcast Licensee of the August 25, 2007 UFC #74 Program,<br>　　　　　　　　　　　　　　　Plaintiff,<br><br>-against-<br>Brian S. Kaczmar, et al,　　Defendants. | Case Number:<br><br>FILED: MAY 20, 2008<br>08CV2910　　　TG<br>JUDGE DOW JR<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Joe Hand Promotions, Inc.

---

| |
|---|
| NAME (Type or print)<br>Julie Cohen Lonstein, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　s/ Julie Cohen Lonstein |
| FIRM<br>Lonstein Law Office, P.C. |
| STREET ADDRESS<br>1 Terrace Hill, P.O. Box 351 |
| CITY/STATE/ZIP<br>Ellenville, New York  12428 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>90784647 | TELEPHONE NUMBER<br>(845)647-8500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐