UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------

**JOE HAND PROMOTIONS, INC.**, as
Broadcast Licensee of the **August 25, 2007**
**UFC #74** Program,

Plaintiff,

-against-

BRIAN  S.  KACZMAR  a/k/a  BRIAN
KAZZMAR, Individually, and d/b/a HOUSE
OF LA a/k/a KAZZBAR, and HOUSE OF LA
a/k/a KAZZBAR,

Defendants.

---------------------------------------------------------

**PLAINTIFF'S DISCLOSURE
OF INTERESTED PARTIES**

Civil Action No.

```
FILED: MAY 20, 2008
08CV2910              TG
JUDGE DOW JR
MAGISTRATE JUDGE ASHMAN
```

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES

OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS and to

enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel of record for a private (non-governmental) party certifies that the following are

corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are corporate parents, subsidiaries, or affiliates of the plaintiff, **JOE HAND**

**PROMOTIONS, INC.**

Dated:    May 20, 2008
          Ellenville, New York

**JOE HAND PROMOTIONS, INC.**

By: /s/Julie Cohen Lonstein
          JULIE COHEN LONSTEIN, ESQ.
          Attorney for Plaintiff
          Bar Roll No. 90784647
          LONSTEIN LAW OFFICE, P.C.
          Office and P.O. Address
          1 Terrace Hill : P.O. Box 351
          Ellenville, NY  12428
          Telephone:  (845) 647-8500
          Facsimile:  (845) 647-6277
          Email: Info@signallaw.com
          *Our File No.  07-12IL-N05*