## United States District Court for the Northern District of Illinois

Case Number: 08CV2910                    Assigned/Issued By: DAJ

Judge Name: DOW JR                       Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00      ☐ $39.00       ☐ $5.00

☐ IFP           ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____             Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

<u>2</u> Original and <u>2</u> copies on <u>05/27/08</u> as to <u>BRIAN KACZMAR,</u>
                                      (Date)
<u>HOUSE OF LA.</u>

C:\wpwin80\docket\feeinfo.frm    03/14/05