# Affidavit of Process Server

| Joe Hand Promotions, Inc | vs Brian S. Kaczman, et al. | 08CV2910 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Karh Brown__, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __House of Ha nka Kazban__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) _____

at ☐ Home _____
☒ Business __7420 W. Madison ST__
☒ on (DATE) __6-24-08__ at (TIME) __3:22 pm__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Jamie Roelofs / Duty Mgr.__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) __6-16-08 11:10 am__, ( ) __6-24-08 3:22 pm__
( ) __6-10-08 6:30 pm__, ( ) __6-20-08 7:20 pm__, ( ) _____

**Description:**
☐ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☐ Black Skin ☒ Brown Hair ☐ Balding ☒ 21-35 Yrs. ☐ 5'0"-5'3" ☒ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☐ 36-50 Yrs. ☒ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois  County of Cook

SERVED BY __Karl Brown__
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this __26__ day of __June__, 20 __08__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JOE HAND PROMOTIONS, INC., as
Broadcast Licensee of the August 25, 2007
UFC #74 Program,
          Plaintiff,

V.

BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR,
Individually, and d/b/a HOUSE OF LA a/k/a KAZZBAR,
and HOUSE OF LA a/k/a KAZZBAR,
          Defendants.

CASE NUMBER: **08CV2910**
ASSIGNED JUDGE: **JUDGE DOW JR.**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE ASHMAN**

TO: (Name and address of Defendant)

**HOUSE OF LA a/k/a KAZZBAR**
7420 Madison Street
Forest Park, IL 60130-1501

Our File No. 07-12IL-N05

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845) 647-8500

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

MAY 2 7 2008
_____
DATE