# Affidavit of Process Server

| Joe Hand Promotions, inc | vs | Brian S. Kaczmar | 08CV2910 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Karl Brown__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Brian S. Kaczmar__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ __Summons + Complaint, Plaintiffs Disclosure Statement, + Designation of Local Counsel of Appearance__

by serving (NAME) __CAROL KACZMAR__
at ☒ Home __2N451 Amy Ave.__
☐ Business _____
☒ on (DATE) __7-14-08__ at (TIME) __8:30 AM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely __CAROL KACZMAR — MOTHER__
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) __7-12-08 6:45 pm__ ( ) _____
( ) __7-10-08 7:10 pm__ ( ) _____ ( ) _____

**Description:**
☐ Male         ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.   ☐ Under 5'       ☐ Under 100 Lbs.
☒ Female       ☐ Black Skin    ☐ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.   ☐ 5'0"-5'3"      ☐ 100-130 Lbs.
               ☐ Yellow Skin   ☒ Blond Hair                    ☐ 36-50 Yrs.   ☒ 5'4"-5'8"      ☒ 131-160 Lbs.
               ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache      ☒ 51-65 Yrs.   ☐ 5'9"-6'0"      ☐ 161-200 Lbs.
☒ Glasses      ☐ Red Skin      ☐ Red Hair      ☐ Beard         ☐ Over 65 Yrs. ☐ Over 6'        ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __15__ day of __July__, 20__08__

NOTARY PUBLIC

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

O 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

JOE HAND PROMOTIONS, INC., as
Broadcast Licensee of the August 25, 2007
UFC #74 Program,
                Plaintiff.

CASE NUMBER: 08CV2910

V.

ASSIGNED JUDGE: JUDGE DOW JR

BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR,
Individually, and d/b/a HOUSE OF LA a/k/a
KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR,
                Defendants.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR, Individually, and d/b/a HOUSE OF LA a/k/a KAZZBAR
6942 Roosevelt Road
Oak Park, IL  60304-1845     Our File No. 07-121L-N05

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845) 647-8500

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

May 20, 2008
Date