UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,**
as Broadcast Licensee of the **August 25, 2007**
**UFC # 74** Program,

                Plaintiff,

  -against-

**BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR,**
Individually, and d/b/a HOUSE OF LA a/k/a
KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR,

                Defendants.

-----------------------------------------------------------------

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
Civil Action No. 08-CV-2910-RMD-MCA
HON. ROBERT M. DOW, JR.

TO:    MICHAEL W. DOBBINS, CLERK
          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF ILLINOIS

Please enter default of the following Defendants:

**BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR, Individually, and d/b/a HOUSE OF LA a/k/a KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR**, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

Dated:  August 28, 2008
          Ellenville, New York

LONSTEIN LAW OFFICE, P.C.

By: /s/ Julie Cohen Lonstein
     Julie Cohen Lonstein
     Bar Roll No. JL8512
     Attorney for Plaintiff
     1 Terrace Hill; PO Box 351
     Ellenville, NY 12428
     Telephone:  845-647-8500
     Facsimile:  845-647-6277

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,**
as Broadcast Licensee of the **August 25, 2007**
**UFC # 74** Program,

                 Plaintiff,          **AFFIDAVIT IN SUPPORT OF**
  -against-                          **REQUEST FOR DEFAULT**
                                            Civil Action No. 08-CV-2910-RMD-MCA
                                            HON. ROBERT M. DOW, JR.

BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR,
Individually, and d/b/a HOUSE OF LA a/k/a
KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR
                           Defendants.
-------------------------------------------------------------

STATE OF NEW YORK :
                        : SS.:
COUNTY OF ULSTER   :

     JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

     1. That I am the attorney for plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

     2.     This action was commenced pursuant to 47 U.S.C. §605, *et seq.* A copy of the Summons and Complaint was served on Defendant, BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR, Individually, and d/b/a HOUSE OF LA a/k/a KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR, as set forth in the proof of service by Karl Brown, ECF Documents numbers 10 and 11.

     3.     The time within which any of the Defendants may answer or otherwise move with respect to the Complaint herein has expired. Defendants BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR, Individually, and d/b/a HOUSE OF LA a/k/a KAZZBAR, and HOUSE OF LA

a/k/a KAZZBAR, have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

4. Said Defendant(s) are not infants or incompetents. Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff **J & J SPORTS PRODUCTIONS, INC.,** requests that the default of the Defendant(s) BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR, Individually, and d/b/a HOUSE OF LA a/k/a KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: August 28, 2008
       Ellenville, NY 12428        /S/ Julie Cohen Lonstein
                                                       Julie Cohen Lonstein

Sworn to before me this 28th                   Bar Roll No. JL8512
day of August 2008

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,**
as Broadcast Licensee of the **August 25, 2007**
**UFC # 74** Program,

                       Plaintiff,

   -against-

BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR,
Individually, and d/b/a HOUSE OF LA a/k/a
KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR,

                       Defendants.

-----------------------------------------------------------------

**CLERK'S CERTIFICATE**
Civil Action No. 08-CV-2910-RMD-MCA
HON. ROBERT M. DOW, JR.

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that the docket entries in the above entitled action indicates that the Defendants, BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR, Individually, and d/b/a HOUSE OF LA a/k/a KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR, were served with a copy of the Complaint and Summons on June 24, 2008 and July 14, 2008;

    I further certify that the docket entries indicate that   BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR, Individually, and d/b/a HOUSE OF LA a/k/a KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR,  have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated:                      , Illinois

_____2008                    MICHAEL W. DOBBINS
                                                              Clerk

                                          By:_____
                                                          Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**JOE HAND PROMOTIONS, INC.,**
as Broadcast Licensee of the **August 25, 2007**
**UFC # 74** Program,

                       Plaintiff,

  -against-

BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR,
Individually, and d/b/a HOUSE OF LA a/k/a
KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR,

                       Defendants

**CERTIFICATE OF SERVICE**
Civil Action No. 08-CV-2910-RMD-MCA
HON. ROBERT M. DOW, JR.

---

      The undersigned certifies that on the **29th** day of August 2008 your deponent served the following documents by regular mail:

    1) Request for Default
    2) Affidavit in Support of Request for Default
    3) Clerk's Certificate

on the following:

Kazzbarr
7420 Madison St.
Forest Park, IL 60130-1501

Brian S. Kaczmar
6942 Roosevelt Rd.
Oak Park, IL 60304-1845

                                        /s/ Julie Cohen Lonstein
                                        Julie Cohen Lonstein