UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**JOE HAND PROMOTIONS, INC.,**
as Broadcast Licensee of the **August 25, 2007**
**UFC # 74** Program,

              Plaintiff,

-against-

BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR, Individually, and d/b/a HOUSE OF LA a/k/a KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR,

              Defendants.

NOTICE OF PRESENTMENT
OF REQUEST FOR ENTRY OF DEFAULT
Civil Action No. 08-CV-2910-RMD-MCA
HON. ROBERT M. DOW, JR.

---

**PLEASE TAKE NOTICE** that on the **4th day of September 2008 at 9:30 a.m.**, Plaintiff will move this Court for an Order granting entry of default, as set forth in the Request for Entry of Default which was filed via the Court's ECF system on August 29, 2008 document No. 13, against the Defendants BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR, Individually, and d/b/a HOUSE OF LA a/k/a KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR

Dated: August 29, 2008
       Ellenville, NY  12428

LONSTEIN LAW OFFICE, P.C.

By:  /s/ Julie Cohen Lonstein
      Julie Cohen Lonstein
      Bar Roll No.  JL8521
      Attorney for Plaintiff
      1 Terrace Hill; PO Box 351
      Ellenville, NY 12428
      Telephone:  845-647-8500
      Facsimile:   845-647-6277

## CERTIFICATE OF SERVICE

      Plaintiff hereby certifies that on today's date, a true copy of the foregoing document was served via U.S. Mail, upon the following:

Kazzbarr
7420 Madison St.
Forest Park, IL 60130-1501

Brian S. Kaczmar
6942 Roosevelt Rd.
Oak Park, IL 60304-1845

                                                      /s/ Julie Cohen Lonstein
                                                      Julie Cohen Lonstein