# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2910 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Joe Hand Promotions vs. Kaczmar, et al | | |

**DOCKET ENTRY TEXT**

REQUEST For Default [13] as to BRIAN S. KACZMAR a/k/a BRIAN KAZZMAR, Individually, and d/b/a HOUSE OF LA a/k/a KAZZBAR, and HOUSE OF LA a/k/a KAZZBAR for failure to appear, answer or otherwise plead to the complaint is Granted.  Prove-up set for 10/7/08 at 9:00a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|